

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,063-01

### EX PARTE BRENDAN GAYTAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-CR-0694-H (1) IN THE 347TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam*.

## O R D E R

The Nueces County District Clerk transmitted to this Court an application for a writ of habeas corpus. The district clerk forwarded a supplement to the habeas record, which was received in this Court on February 5, 2019. It appears that habeas counsel filed an amended habeas application with exhibits and a memorandum in support on or about November 30, 2018. These filings, however, are not in the supplemented habeas record. The Nueces County District Clerk is ordered to supplement the habeas record to this Court with these filings or certify that there are no such filings to forward. The district clerk shall comply with this order within 15 days of the date of this order. No extensions of time will be entertained.

Filed: April 17, 2019
Do not publish